**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 292 EAL 2014
:
              Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
ANTHONY JENNINGS, :
:
           Petitioner :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.